**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CLERK'S MINUTES
Telephone Conference

Case Number: 8:15-cv-2785-T-36TBM

| | |
|---|---|
| **PLASMA-THERM, LLC,** | **Plaintiff's Counsel:** Harvey S. Kauget and Ryan Mark Corbett |
| Plaintiff, | |
| v. | |
| **MICRO PROCESSING TECHNOLOGY, INC.,** | **Defense Counsel:** Anthony Albert Ferrigno, Donald Harvey Crawford, II and Lawrence E. Laubscher, Jr. |
| Defendant. | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Helbig |
|---|---|---|---|
| Deputy Clerk: | Willye MalVeaux Dent | Interpreter: | N/A |
| Date: | November 14, 2016 | Time: | 2:00 – 3:00 P.M. Total 1 Hour |

### *TELEPHONIC STATUS CONFERENCE [66]*

*Present For Plaintiff*: Harvey S. Kauget and Ryan Mark Corbett.

*Present for Defendant*: Anthony Albert Ferrigno, Donald Harvey Crawford, II and Lawrence E. Laubscher, Jr.

This matter came before the Court on:
  *I.    Defendant, Micro Processing Technology's Motion to Dismiss the Amended Complaint [Doc. 45].*
The Court informed the Parties that Defendant's Motion to Dismiss the Amended Complaint is ripe for consideration. An Order will be entered prior to the upcoming Claims Construction hearing.

*II.    Defendant's Supplemental Motion to Dismiss the Amended Complaint, or, in the alternative, Motion under Federal Rule of Civil Procedure 19 to Add Parties [Doc. 47].*

The Court inquired if this motion is now moot in light of Plaintiff's dismissal of Counts II, IV, and VI of the First Amended Complaint. Defendant does not believe that this motion is moot. The Court will enter an Order prior to the upcoming Claims Construction hearing.

*III.    Review and discussion of the Claims Construction Hearing [Doc. 30] presently scheduled for December 21, 2016 at 9:30 A.M.*

The Claim Construction hearing will be begin with technology tutorials by the Parties, immediately followed by the claim construction hearing.

*Court adjourned.*