## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| PLASMA-THERM LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 8:15-cv-02785-CEH-TBM |
| | ) | |
| MICRO PROCESSING TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT MICRO PROCESSING TECHNOLOGY, INC.'S
## MOTION TO STAY THE PROCEEDINGS

Defendant, Micro Processing Technology, Inc. ("MPT"), files its Motion to Stay Proceedings until a ruling is entered on MPT's Motion to Dismiss or Transfer Venue that is pending in the District of Arizona, and in support states the following:

1.       On July 13, 2016, MPT filed a Motion to Dismiss or, in the alternative, Transfer Venue to the Middle District of Florida ("Arizona Motion") in the matter of *ON Semiconductor Corporation and Semiconductor Components Industries, LLC v. Micro Processing Technology, Inc.*, Case No. 2:16-CV-01055-DLR, which is pending in the United States District Court for the District of Arizona ("Arizona Proceeding").

2.       The Arizona court heard the Arizona Motion on December 15, 2016. MPT's counsel in Arizona expects a decision on the motion shortly after the first of the year.  MPT's expectation that the Arizona court will issue a ruling soon is supported by the fact that the Arizona court requested expedited briefing, which is scheduled to be completed today, on the enforceability of a forum selection clause in a certain agreement between MPT and ON,

which MPT stated, in response to the Arizona court's questions, it would waive if the Arizona Proceeding is transferred to Florida.

3.     If the Arizona Proceeding is transferred and joined with this proceeding, the addition of ON Semiconductor Corporation and Semiconductor Components Industries, LLC ("ON") would likely necessitate relitigating the Claims Construction issues related to the patents-in-suit because ON would want its position and arguments heard.[1]

4.     Accordingly, there is a possibility that if this case, including the Claims Construction hearing scheduled to proceed on Wednesday, December 21, 2016, continues prior to a decision on the Arizona Motion it is possible the Court will have to relitigate issues it has already decided.

5.     To avoid undue burden on the Court and unnecessarily relitigating of the Claims Construction issues, it is prudent at this juncture to stay the proceedings pending the outcome of the Arizona Motion.

6.     This stay would not prejudice the Plaintiff, Plasma-Therm LLC or its claims.

WHEREFORE, MPT respectfully requests that this Honorable Court enter an Order staying this proceeding pending a ruling on the Arizona Motion and award MPT any other or further relief as the Court deems appropriate.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules of the District Court of the Middle District of Florida, undersigned counsel consulted with Plaintiff's counsel, Ryan Corbett, Esq.,

---

[1] In the Arizona Proceeding, ON Semiconductor Corporation ("ON") made three claims for Correction of Inventorship on the same patents that are at issue in this proceeding, U.S. Patent Nos. 9,153,493, 8,450,188, and 8,906,745.

regarding this motion. Mr. Corbett indicated that Plaintiff opposes the relief requested in this motion.

<table>
<tr><td>Dated: December 19, 2016</td><td>Respectfully Submitted,</td></tr>
</table>

Anthony A. Ferrigno, Esq., Trial Counsel
Appearing, *Pro Hac Vice*
Email: a-trust-fraudlaw@msn.com
LAW OFFICES OF ANTHONY A. FERRIGNO
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (423) 744-4041
Facsimile: (925) 945-8792

Lawrence E. Laubscher, Jr., Esq.
Appearing *Pro Hac Vice*
Email: llaubscher@laubscherlaw.com
LAUBSCHER SPENDLOVE
1160 Spa Road, Suite 2B
Annapolis, MD 21403
Telephone: (410) 280-6608
Facsimile: (410) 995-2009

and

/s/ Robert D. Zebro
Robert D. Zebro
Florida Bar No. 691062
Donald H. Crawford II
Florida Bar No. 733431
COPE, ZEBRO & CRAWFORD, P.L.
14020 Roosevelt Boulevard, Suite 802
Clearwater, Florida 33762
Telephone: (727) 369-6070
Facsimile: (727) 431-9080
Email: rzebro@czcfirm.com
Email: dcrawford@czcfirm.com
*Attorneys for Defendant Micro Processing Technology, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2016, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic

filing to all counsel of record.

/s/ Robert D. Zebro _____
Robert D. Zebro
Florida Bar No. 691062
COPE, ZEBRO & CRAWFORD, P.L.
14020 Roosevelt Boulevard, Suite 802
Clearwater, Florida 33762
Telephone: (727) 369-6070
Facsimile: (727) 431-9080
Email: rzebro@czcfirm.com
*Attorneys for Defendant Micro Processing Technology, Inc.*