**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
**Miscellaneous Hearing**

Case Number: 8:15-cv-2785-T-36TBM

| **PLASMA-THERM, LLC,** | **Plaintiff's Counsel:** Ryan Mark Corbett and Harvey S. Kauget |
|---|---|
| Plaintiff, | |
| v. | |
| **MICRO PROCESSING TECHNOLOGY, INC.,** | **Defense Counsel:** Anthony A. Ferrigno, Lawrence E. Laubscher, Jr., Donald Harvey Crawford, II, and Robert Zebro |
| Defendant. | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Lynann Nicely |
|---|---|---|---|
| Deputy Clerk: | Willye MalVeaux Dent | Interpreter: | N/A |
| Date: | December 21, 2016 | Time: | 9:30 – 11:15 Total 1 Hour 45 Minutes |

## *CLAIM CONSTRUCTION HEARING [Doc. 30]*

*Present For Plaintiff*: Ryan Mark Corbett and Harvey S. Kauget.

*Present for Defendant*: Lawrence Laubscher, Anthony A. Ferrigno, Donald Crawford, II and Robert Zebro.

This matter came before the Court on:

    *I.    The Claims Construction Hearing [Doc. 30], Oral Argument and Tutorial Presentation.*

Prior to hearing oral argument on the Claim Construction Hearing, the Court announced its ruling on the following matters and informed the Parties that the written Order will be filed via CM/ECF today.

   A. *Defendant, Micro Processing Technology's (MPT) Motion to Dismiss Plaintiff's Amended Complaint [Doc. 45].*

*DENIED, for the reasons stated on the record.*

   B. *Defendant's Supplemental Motion to Dismiss Plaintiff's Amended Complaint, or, in the alternative, Motion under Federal Rule of Civil Procedure 19 to Add Parties [Doc. 47].*

*DENIED, for the reasons stated on the record.*

   C. *Plaintiff, Plasma-Therm's Motion to Strike Infringement Contentions; and Enter Judgment against Defendant on Counts I, III, and V of Plaintiff's First Amended Complaint [Doc. 50].*

*DENIED, for the reasons stated on the record.*

   D. *Plaintiff, Plasma-Therm's Supplemental Motion to Strike Infringement Contentions [Doc.55].*

*DENIED, for the reasons stated on the record.*

   II.    Oral Argument

Counsel Ryan Corbett presented oral argument and rebuttal on behalf of Plaintiff.
Counsel Larry Laubscher presented oral argument on behalf of Defendant.

<u>RULING</u>:  The Court takes this matter under advisement and will issue a written opinion.

*Court adjourned.*