UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PLASMA-THERM LLC,

    *Plaintiff,*

v.

MICRO PROCESSING TECHNOLOGY, INC.,

    *Defendant.*

CASE No. 8:15-cv-02785-CEH-TBM

**DEFENDANT MICRO PROCESSING TECHNOLOGY, INC.'S
FINAL INFRINGEMENT CONTENTIONS**

Pursuant to the Case Management and Scheduling Order (Doc. 29), Defendant, Micro Processing Technology, Inc. ("MPT"), provides its Final Infringement Contentions ("Final Infringement Contentions") against Plaintiff, Plasma-Therm LLC ("Plasma-Therm").

MPT reserves the right to amend or supplement its Final Infringement Contentions, in whole or in part, based on further investigation and discovery.

**I.**     **INFRINGED CLAIMS UNDER U.S. PATENT NO. 8,906,745**

Upon the information currently available to MPT and its belief, MPT contends that Plasma-Therm is infringing or infringed on U.S. Patent No. 8,906,745 ("the '745 Patent") by practicing each element of at least claims 1 and 19 the '745 Patent.

More particularly, with regard to claim 1, MPT contends that Plasma-Therm is manufacturing semiconductor devices and separating individual devices from a semiconductor wafer including a first side with a layer of semiconductor material, a second side with a back metal layer, and etched scribe streets extending through the layer of semiconductor material to the back metal layer using the following steps:

placing a sheet of deformable material into engagement with the second wafer side to cover the second wafer side;

positioning the wafer with the first wafer side in engagement with a support surface;

using the support surface to support the wafer; and

while the sheet of deformable material is in engagement with the second wafer side, applying pressurizing fluid against the deformable material causing the metal layer to break at the locations of the scribe streets.

Regarding claim 19, MPT contends that Plasma-Therm is manufacturing semiconductor devices using the following steps:

placing a sheet of deformable material into engagement with the second wafer side to cover the second wafer side;

positioning the wafer with the first wafer side in engagement with a support surface;

using the support surface to support the wafer; and

while the sheet of deformable material is in engagement with the second wafer side, establishing a fluid pressure differential between fluid contacting opposed sides of the sheet of deformable material to deform the material and break the metal layer at the locations of the scribe streets.

## II. <u>INFRINGED CLAIMS UNDER U.S. PATENT NO. 8,450,188</u>

Upon the information currently available to MPT and its belief, MPT contends that Plasma-Therm is infringing or infringed on U.S. Patent No. 8,450,188 ("the '188 Patent") by practicing each element of at least claims 1, 16 and 17 of the '188 Patent.

More particularly, regarding claims 1 and 16, MPT contends that Plasma-Therm is

manufacturing semiconductor devices by dividing a semiconductor wafer having a metal layer attached to a layer of semiconductor material and intersecting scribe streets using the following steps:

mounting the wafer on a first support with the metal layer adhesively attached to the first support;

while the metal layer is adhesively attached to the first support, removing substantially all the semiconductor of the semiconductor material (or in the case of claim 16 removing all or a substantial portion of the semiconductor material) in the scribe streets to form individual semiconductor material dies, each incorporating a semiconductor device, without removing the metal layer from the scribe streets;

adhesively attaching the semiconductor material dies to a second support;

while employing the second support to support the wafer, releasing the first support from adhesive attachment to the metal layer and removing the first support from the metal layer to expose the metal layer; and

while continuing to employ the second support to support the wafer, cutting the meal layer along the scribe streets.

Regarding claim 17, MPT alleges that Plasma-Therm is dividing a semiconductor wafer using the following steps:

while the metal layer is attached to a first support, removing all or substantially all of the semiconductor material in the scribe streets to for individual dies each incorporating a device without removing the metal layer;

turning the wafer over; and

while employing a second support to support the overturned wafer, cutting the meal layer along the scribe streets.

These contentions are based on a preliminary understanding of information currently available to MPT, and MPT reserves the right to amend or supplement these contentions as its investigation and discovery proceed.

### III. <u>INFRINGED CLAIMS UNDER U.S. PATENT NO. 9,153,493</u>

Upon the information currently available to MPT and its belief, MPT contends that Plasma-Therm is infringing or infringed on U.S. Patent No. 9,153,493 ("the '493 Patent") by practicing each element of at least claim 1 of the '493 Patent.

More particularly, MPT contends that Plasma-Therm is manufacturing semiconductor devices and separating individual devices from a semiconductor wafer including back metal using the following steps:

removing the semiconductor material in scribe streets between the devices to expose the back metal;

applying a variable radial force to plastic film supported on a support structure to radially stretch and tension the film in all radial directions;

controlling the radial stretch and tension of the film;

supplying a force via a stylus or equivalent structure against the wafer while it is in engagement with the stretched and tensioned film to further stretch and tension the film in the region of the force causing the back metal in the scribe streets to separate; and

moving the force to different regions to causing the back metal in the scribe streets in the different regions to break and separate.

These contentions are based on a preliminary understanding of information currently available to MPT, and MPT reserves the right to amend or supplement these contentions as its investigation and discovery proceed.

Dated: February 28, 2017

Respectfully submitted,

Anthony Albert Ferrigno
California State Bar No. 61104
Email: a-trust-fraudlaw@msn.com
LAW OFFICES OF ANTHONY A. FERRIGNO
1116 Ingleside Avenue,
Athens, TN 37303
Telephone: (423) 744-4041
Facsimile: (925) 945-8792

/s/ Lawrence E. Laubscher, Jr.
Lawrence E. Laubscher, Jr., Esq.
Appearing *Pro Hac Vice*
Email: llaubscher@laubscherlaw.com
LAUBSCHER SPENDLOVE
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 995-2009

Robert D. Zebro
Florida Bar No. 691062
Donald H. Crawford II
Florida Bar No. 733431
COPE, ZEBRO & CRAWFORD, P.L.
14020 Roosevelt Boulevard, Suite 802
Clearwater, Florida 33762
Telephone: (727) 369-6070
Facsimile: (727) 431-9080
Email: rzebro@czcfirm.com
Email: dcrawford@czcfirm.com
*Attorneys for Defendant Micro Processing Technology, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Lawrence E. Laubscher, Jr.
Lawrence E. Laubscher, Jr., Esq.
Appearing *Pro Hac Vice*
Email: llaubscher@laubscherlaw.com
LAUBSCHER SPENDLOVE
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 995-2009

*Attorneys for Defendant Micro Processing Technology, Inc.*