IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PLASMA-THERM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 8:15-cv-02785-CEH-TBM |
| | ) |
| MICRO PROCESSING TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |

MICRO PROCESSING TECHNOLOGY, INC.,

        Counter-Plaintiff,

v.

PLASMA-THERM LLC; ON SEMI-CONDUCTOR CORPORATION; SEMICONDUCTOR COMPONENT INDUSTRIES, LLC and GORDON GRIVNA

        Counter-Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(c)(1) OF COUNTS 11, 12 AND 13 ONLY OF MICRO PROCESSING TECHNOLOGY, INC.'S COUNTERCLAIMS AGAINST COUNTER-DEFENDANTS ON SEMI-CONDUCTOR CORPORATION; SEMI-CONDUCTOR COMPONENT INDUSTRIES LLC AND GORDON GRIVNA

Pursuant to Rule 41(c)(1), Federal Rules of Civil Procedure, Counter-Plaintiff Micro Processing Technology, Inc. ("MPT"), through its counsel, hereby gives notice that Counts 11, 12 and 13 of its Counter-Claims for Contributory and/or Induced Patent Infringement are

voluntarily dismissed, without prejudice, against the Counter-Defendants ON Semi-Conductor Corporation; Semi-Conductor Component Industries LLC and Gordon Grivna.[1]

Dated: April 13, 2017

Respectfully submitted,

Anthony Albert Ferrigno
Appearing *Pro Hac Vice*
LEAD TRIAL COUNSEL
Email: a-trust-fraudlaw@msn.com
LAW OFFICES OF ANTHONY A. FERRIGNO
1116 Ingleside Avenue
Athens, TN 37303
Telephone: (423) 744-4041
Facsimile: (925) 945-8792

Lawrence E. Laubscher, Jr., Esq.
Appearing *Pro Hac Vice*
Email: llaubscher@laubscherlaw.com
LAUBSCHER SPENDLOVE
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 995-2009

/s/ Donald H. Crawford II
Robert D. Zebro
Florida Bar No. 691062
Donald H. Crawford II
Florida Bar No. 733431
COPE, ZEBRO & CRAWFORD, P.L.
14020 Roosevelt Boulevard, Suite 802
Clearwater, Florida 33762
Telephone: (727) 369-6070
Facsimile: (727) 431-9080
Email: rzebro@czcfirm.com
Email: dcrawford@czcfirm.com
*Attorneys for Defendant/Counter-Plaintiff Micro Processing Technology, Inc.*

---

[1] MPT makes this voluntary dismissal without prejudice based upon its prior such voluntary dismissal without prejudice of counterclaims against Counter-Defendant Plasma-Therm LLC for patent infringement.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Donald H. Crawford II
Robert D. Zebro
Florida Bar No. 691062
COPE, ZEBRO & CRAWFORD, P.L.
14020 Roosevelt Boulevard, Suite 802
Clearwater, Florida 33762
Telephone: (727) 369-6070
Facsimile: (727) 431-9080
Email: dcrawford@czcfirm.com
*Attorneys for Defendant/Counter-Plaintiff*
*Micro Processing Technology, Inc.*