# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PLASMA-THERM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 8:15-cv-02785-CEH-TBM |
| | ) |
| MICRO PROCESSING TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| MICRO PROCESSING TECHNOLOGY, INC., | ) |
| | ) |
| Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PLASMA-THERM LLC; ON SEMI-CONDUCTOR CORPORATION; SEMICONDUCTOR COMPONENT INDUSTRIES, LLC and GORDON GRIVNA | ) |
| | ) |
| Counter-Defendants. | ) |

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT, MICRO PROCESSING TECHNOLOGY, INC. TO RESPOND TO PLAINTIFF, PLASMA-THERM LLC'S, MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS <u>MOTION FOR SANCTIONS</u>**

Defendant, Micro Processing Technology, Inc. ("Defendant"), through its undersigned counsel, files this motion and in support states the following:

1. On March 31, 2017, Plaintiff, Plasma-Therm LLC ("Plaintiff"), filed their Motion for Leave to File Reply in Support of its Motion for Sanctions Pursuant to Fed. R. Civ.

P. 11 ("Motion") (Doc 113).

2. Under Local Rule 3.01(b), Middle District of Florida, the party opposing a motion shall have 14 days to file a response; making Defendant's response currently due on April 14, 2017.

3. Under Rule 6(b), Federal Rules of Civil Procedure, the Court may for good cause extend the time for party to file its response based on a request made before the party's time to respond has expired.

4. Earlier this week, Plaintiff and Defendant engaged in settlement discussions at a meeting in Arizona. Based on those discussions, Defendant is hopeful that a settlement between the parties is possible. Accordingly, Defendant requests that the Court extend the time for Defendant to respond to the Motion until April 21, 2017 to allow MPT to focus on advancing a possible settlement, including MPT preparing a proposed settlement document, which it currently is working on, and avoid unnecessarily expending resources responding to the Motion, which may be moot if a settlement is reached.

5. The requested extension will not cause undue delay, is not requested in bad faith, has no dilatory motive, and will not prejudice Plaintiff in any way.

WHEREFORE, for the foregoing good cause shown, Defendant respectfully requests that the Court extend the time for Defendant to serve its reply to Plaintiff's Motion up to and including April 21, 2017.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules of the District Court of the Middle District of Florida, Defendant's local counsel, Donald H. Crawford II, consulted with Plaintiff's counsel,

Ryan Corbett, regarding this motion. Mr. Corbett indicated that Plaintiff opposes the extension requested in this motion.

Dated: April 14, 2017

Respectfully submitted,

Anthony Albert Ferrigno
Appearing *Pro Hac Vice*
LEAD TRIAL COUNSEL
Email: a-trust-fraudlaw@msn.com
LAW OFFICES OF ANTHONY A. FERRIGNO
1116 Ingleside Avenue
Athens, TN 37303
Telephone: (423) 744-4041
Facsimile: (925) 945-8792

Lawrence E. Laubscher, Jr., Esq.
Appearing *Pro Hac Vice*
Email: llaubscher@laubscherlaw.com
LAUBSCHER SPENDLOVE
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 995-2009

/s/ Donald H. Crawford II
Robert D. Zebro
Florida Bar No. 691062
Donald H. Crawford II
Florida Bar No. 733431
COPE, ZEBRO & CRAWFORD, P.L.
14020 Roosevelt Boulevard, Suite 802
Clearwater, Florida 33762
Telephone:  (727) 369-6070
Facsimile:   (727) 431-9080
Email: rzebro@czcfirm.com
Email: dcrawford@czcfirm.com
*Attorneys for Defendant/Counter-Plaintiff Micro Processing Technology, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                    /s/ Donald H. Crawford II_____
                                    Robert D. Zebro
                                    Florida Bar No. 691062
                                    COPE, ZEBRO & CRAWFORD, P.L.
                                    14020 Roosevelt Boulevard, Suite 802
                                    Clearwater, Florida 33762
                                    Telephone: (727) 369-6070
                                    Facsimile: (727) 431-9080
                                    Email: dcrawford@czcfirm.com
                                    *Attorneys for Defendant/Counter-Plaintiff*
                                    *Micro Processing Technology, Inc.*