IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PLASMA-THERM LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 8:15-cv-02785-CEH-TBM |
| ) | |
| MICRO PROCESSING TECHNOLOGY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MICRO PROCESSING TECHNOLOGY, ) | |
| INC., ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PLASMA-THERM LLC; ON SEMI- ) | |
| CONDUCTOR CORPORATION; ) | |
| SEMICONDUCTOR COMPONENT ) | |
| INDUSTRIES, LLC and GORDON ) | |
| GRIVNA ) | |
| ) | |
| Counter-Defendants. ) | |
| ) | |

**DEFENDANT'S STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL**

The undersigned counsel for Defendant, Micro Processing Technology, Inc. ("Defendant") and Defendant, hereby stipulate to and move the Court for the entry of an Order substituting Thomas H. Stanton, Esquire and the law firm of Stanton IP Law Firm, P.A., as counsel for Defendant as local counsel for Defendant and removing Donald H. Crawford II, Esquire, Robert D. Zebro, Esquire, and the law firm of Cope, Zebro & Crawford, P.L. as counsel of record for MPT, and in support states as follows:

1. Defendant has retained Thomas H. Stanton, Esquire and the law firm of Stanton IP Law Firm, P.A., to represent Defendant instead of Defendant's current counsel, Donald H. Crawford, II, Esquire, Robert D. Zebro, Esquire, and the law firm of Cope, Zebro & Crawford, P.L.

2. It is stipulated that henceforth, all pleadings and correspondence to Defendant in this matter should be served upon Thomas H. Stanton, Esquire at Stanton IP Law Firm, P.A. Moreover, Donald H. Crawford II, Esquire and Cope, Zebro & Crawford, P.A. should be removed from all service lists.

3. The undersigned counsel respectfully request the Court enter an Order granting the Motion for Substitution.

Dated: July 24, 2017

Respectfully Submitted,

_____   /s/ Donald H. Crawford II
Thomas H. Stanton, Esquire        Donald H. Crawford, II, Esquire
FBN: 127444                       FBN: 733461
Stanton IP Law Firm, P.A.         COPE, ZEBRO & CRAWFORD, P.L.
503 E. Jackson Street, Unit 146   14020 Roosevelt Blvd., Suite 802
Tampa, Florida 33602              Clearwater, FL 33762
Phone: (813) 421-3883             Phone: (727) 369-6070
                                  Facsimile: (727) 431-9080

_____
Micro Processing Technology, Inc.

By: _____

Its: _____PRESIDENT_____
3446 Golden Gate Way
Lafayette, California 94549
Phone: (925) 299-8940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 24th, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas H. Stanton
Thomas H. Stanton, Esquire
FBN: 127444
Stanton IP Law Firm, P.A.
503 E. Jackson Street, Unit 146
Tampa, Florida 33602
Phone: (813) 421-3883