IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PLASMA-THERM LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 8:15-cv-02785-CEH-TBM |
| | ) |
| v. | ) |
| | ) |
| MICRO PROCESSING TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |

MICRO PROCESSING TECHNOLOGY, INC.,

        Counter-Plaintiff,

    v.

PLASMA-THERM LLC, ON SEMI-
CONDUCTOR CORPORATION,
SEMICONDUCTOR COMPONENT
INDUSTRIES, LLC, and GORDON
GRIVNA,

        Counter-Defendants.

## STIPULATED ORDER & CONSENT FINAL JUDGMENT

The Court makes the following findings and conclusions:

1. Plaintiff/Counter-defendant Plasma-Therm LLC ("Plasma-Therm") is a limited liability company formed under the laws of the State of Florida and has it principal place of business at 10050 16th Street North, Saint Petersburg, Florida 33716.

1

2. Defendant/Counter-plaintiff Micro Processing Technology, Inc. ("MPT") is a California corporation having its principal place of business at 3446 Golden Gate Way, Lafayette, California 94549.

3. Plasma-Therm and MPT (the "Parties") are involved in manufacturing equipment for the semiconductor industry.

4. Plasma-Therm filed this action against MPT seeking a Declaratory Judgment that Plasma-Therm does not infringe any of the claims in the MPT patents-in-suit. Subsequently, MPT filed its countersuit herein against Plasma-Therm, including claims for infringement of MPT's patents-in-suit. MPT later voluntarily dismissed its patent infringement claims against Plasma-Therm.

5. The Parties have entered into a Settlement Agreement in which the Parties agree to the entry of this Stipulated Order and Consent Final Judgment.

6. The Parties have had full opportunity to confer with counsel about this dispute and the terms of this Stipulated Order & Consent Final Judgment and have not relied on any statement or representation by the other party or its attorneys.

**Based upon the foregoing, FINAL JUDGMENT is hereby ORDERED and ADJUDGED as follows:**

(a) Plasma-Therm has not infringed and is not infringing any of the claims of the patents-in-suit: U.S. Patent No. 8,450,188; U.S. Patent No. 8,906,745; and U.S. Patent No. 9,153,493;

(b) All pending motions between the Parties are moot with the exception that Plasma-Therm is permitted to proceed with its Rule 11 Motion against MPT upon the resolution of this case and in accordance with this Court's order entered on September 18, 2017 (Dkt. No. 181);

(c) Plasma-Therm's claim for defamation against MPT is hereby DISMISSED WITH PREJUDICE;

(d) MPT's claim for breach of contract against Plasma-Therm is hereby DISMISSED WITH PREJUDICE;

(e) MPT's claim for fraud/misrepresentation against Plasma-Therm is hereby DISMISSED WITH PREJUDICE;

(f) Plasma-Therm may file a motion for attorney's fees and costs and MPT will have the right to oppose any such motion filed by Plasma-Therm;

(g) Jurisdiction of this action is retained to enter further orders that this Court deems proper and just and to enforce the terms of all orders, including this Stipulated Order and Consent Final Judgment.

The undersigned agree to the entry of this judgment:

| COUNSEL FOR DEFENDANT | COUNSEL FOR PLAINTIFF |
|---|---|
| */s/Anthony A. Ferrigno* | */s/ Harvey S. Kauget* |
| Anthony A. Ferrigno, Esq. | Harvey S. Kauget, Esq. |
| California Bar No. 61104 | Florida Bar No. 116254 |
| Law Offices of Anthony A. Ferrigno | Ryan M. Corbett, Esq. |
| 3443 Golden Gate Way, Suite "F" | Florida Bar No. 036911 |
| Lafayette, CA 94549 | Giovanni P. Giarratana, Esq. |
| Telephone: (423) 744-4041 | Florida Bar No. 125848 |
| A-trust-fraudlaw@msn.com | BURR & FORMAN, LLP |
|  | 201 N. Franklin Street, Suite 3200 |
| Thomas Herbert Stanton | Tampa, FL 33602 |
| Florida Bar No. 127444 | Telephone: (813) 221-2626 |
| Tstanton@stantoniplaw.com | Facsimile: (813) 357-3599 |
| Stanton IP Law Firm, P.A | Email: hkauget@burr.com |
| 503 E. Jackson Street, Unit 146 | rcorbett@burr.com |
| Tampa, FL 33602 | ggiarratana@burr.com |
| Telephone: (813) 421-3883 |  |

**DONE and ORDERED in in Tampa, Florida on:**_____, 2017

_____
**Charlene Edwards Honeywell
United States District Judge**

Copies to:
Counsel of record and unrepresented parties, if any