# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| CLERK'S MINUTES |
| :---: |
| Telephonic Motion Hearing |

## Case Number: 8:15-cv-2785-T-36TBM

| | |
| --- | --- |
| **PLASMA-THERM, LLC,** | **Plaintiff's Counsel:** Harvey S. Kauget and Ryan Mark Corbett |
| **Plaintiff,** | |
| v. | |
| **MICRO PROCESSING TECHNOLOGY, INC.,** | **Defense Counsel:** Anthony Albert Ferrigno, Lawrence E. Laubscher, Jr., Thomas Herbert Stanton, Don Crawford, Robert Zebro, |
| **Defendant.** | |
| **MICRO PROCESSING TECHNOLOGY, INC.,** | |
| **Counter-Plaintiff,** | |
| v. | |
| **PLASMA-THERM LLC, ON SEMI-CONDUCTOR CORPORATION, SEMICONDUCGTOR COMPONENT INDUSTRIES, LLC, and GORDON GRIVNA,** | |
| **Counter-Defendants.** | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Nikki Peters |
| --- | --- | --- | --- |
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | December 20, 2018 | Time:<br>Total: | 1:37 PM – 2:08 PM<br>31 minutes |

Court in session and counsel identified for the record. All parties appeared telephonically for the hearing.

The Court addressed counsel and heard argument on the *Unopposed Motion to Reconsider and Vacate Order and Memorandum of Law* (Doc. 193) and *Unopposed Motion to Reconsider and Vacate Order and Memorandum of Law* (Doc. 194) and *Ferrigno Renewed Motion to Vacate Sanctions Order as to Ferrigno and Memorandum of Law* (Doc. 196).

*Unopposed Motion to Reconsider and Vacate Order and Memorandum of Law* (Doc. 193) is GRANTED, for the reasons stated on the record.

*Unopposed Motion to Reconsider and Vacate Order and Memorandum of Law* (Doc. 194) is GRANTED, for the reasons stated on the record.

*Ferrigno Renewed Motion to Vacate Sanctions Order as to Ferrigno and Memorandum of Law* (Doc. 196) is GRANTED, for the reasons stated on the record.

Court adjourned.